Kyle Thomas Facchin /DCR # BK3071
Name and Prisoner/Booking Number

Growlersburg Conservation Camp
Place of Confinement

5440 Longview Lane
Mailing Address

Georgetown, CA 95634
City, State, Zip Code

FILED

MAR 01 2021

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

(Failure to notify the Court of your change of address may result in dismissal of this action.)

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

Kyle Thomas Facchin
(Full Name of Plaintiff)                    Plaintiff,

v.

(1) C.D.C.R. Sgt. Sean Kelley
(Full Name of Defendant)

(2) Unknown C.D.C.R. officer

(3) Unknown C.D.C.R. officer

(4)

Defendant(s).

☐ Check if there are additional Defendants and attach page 1-A listing them.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

CASE NO. 1:21-cv-289 JLT (PC)
(To be supplied by the Clerk)

CIVIL RIGHTS COMPLAINT
BY A PRISONER

Jury Trial Demanded

☒ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

RECEIVED

MAR 01 2021

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DA
DEPUTY CLERK

## A. JURISDICTION

1.  This Court has jurisdiction over this action pursuant to:
    ☐ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
    ☒ 28 U.S.C. § 1331; Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971).
    ☐ Other: _____

2.  Institution/city where violation occurred: Sierra Conservation Center / Jamestown, CA

Revised 3/15/2016                                   1

## B. DEFENDANTS

1. Name of first Defendant: _Sean Kelley_. The first Defendant is employed as:
_Seargent_ at _Sierra Conservation Center_.
　　　　(Position and Title)　　　　　　　　　　　(Institution)

2. Name of second Defendant: _Unknown C.D.C.R. officer_. The second Defendant is employed as:
_Correctional officer_ at _Sierra Conservation Center_.
　　　　(Position and Title)　　　　　　　　　　　(Institution)

3. Name of third Defendant: _Unknown C.D.C.R officer_. The third Defendant is employed as:
_Correctional officer_ at _Sierra Conservation Center_.
　　　　(Position and Title)　　　　　　　　　　　(Institution)

4. Name of fourth Defendant: _____. The fourth Defendant is employed as:
_____ at _____
　　　　(Position and Title)　　　　　　　　　　　(Institution)

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?　　☐ Yes　　☒ No

2. If yes, how many lawsuits have you filed? _O_. Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?)_____

   b. Second prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?)_____

   c. Third prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?)_____

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

## D. CAUSE OF ACTION

### CLAIM I

1. State the constitutional or other federal civil right that was violated: 8th Ammendment, Cruel and Unusual Punishment clause

2. **Claim I.** Identify the issue involved. Check **only one.** State additional issues in separate claims.

   ☐ Basic necessities    ☐ Mail    ☐ Access to the court    ☐ Medical care
   ☐ Disciplinary proceedings    ☐ Property    ☐ Exercise of religion    ☐ Retaliation
   ☒ Excessive force by an officer    ☐ Threat to safety    ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   On Saturday January 11, 2020 at approximately 0745, I was exiting the cafeteria when Sgt. Kelley ordered me to stop aside for a pat-down. I complied with his order. Sgt. Kelley noticed I had pockets sewn into the seams of my state issued pants. I was ordered by Sgt. Kelley to tear the pockets out from my pants. I tore my left pocket out of my pants, and mentioned to Sgt. Kelley that I was not wearing any underwear. My right pocket would not tear off. I asked Sgt. Kelley if I could return to my dorm, change pants and bring him back those pants. Sgt. Kelley refused. Sgt. Kelley then forcibly grabbed my right pocket and pulled out a knife and cut out the pocket while they were on my person. The knife was inches away from my genitalia. After about 30 seconds of Sgt. Kelley his knife slipped and cut a 3 inch slash in the pants and cutting him back the skin on my thigh. The holes cut into the pants produced by this action also left my genitalia completely visible to a full chow hall of prisoners as well as a female correctional officer standing 3 feet away. Following this incident, on Monday January 13 at approximately 1730, I was exiting the chow hall when I was pulled aside by Sgt. Kelley for a pat down. Sgt. Kelley stated "you are the pockets guy, I bet I can see in your pockets now." Sgt. Kelley then joked about the matter to the present correctional officers.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

   Cut on my thigh by the defendant's knife, emotional distress, frequent nightmares, psychological trauma

5. **Administrative Remedies:**

   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?    ☒ Yes ☐ No

   b. Did you submit a request for administrative relief on Claim I?    ☒ Yes ☐ No

   c. Did you appeal your request for relief on Claim I to the highest level?    ☒ Yes ☐ No

   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

**CLAIM II**

1. State the constitutional or other federal civil right that was violated: 8th ammendment, Cruel and Unusual punishment clause

2. **Claim II.** Identify the issue involved. Check **only one**. State additional issues in separate claims.

   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☒ Threat to safety
   - ☐ Other: .

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   The unknown officer's stood by while I was assaulted by Sgt. Kelley and did not intervene. The officers than joked with Sgt. Kelley, when I was exiting the chow hall, about my nudity in the chow hall.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

   Emotional distress, psychological distress - past and future

5. **Administrative Remedies.**

   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?   ☒ Yes   ☐ No

   b. Did you submit a request for administrative relief on Claim II?   ☒ Yes   ☐ No

   c. Did you appeal your request for relief on Claim II to the highest level?   ☒ Yes   ☐ No

   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

4

## CLAIM III

1.   State the constitutional or other federal civil right that was violated: _____
_____

2.   **Claim III.** Identify the issue involved.  Check **only one**.  State additional issues in separate claims.
☐ Basic necessities        ☐ Mail           ☐ Access to the court      ☐ Medical care
☐ Disciplinary proceedings   ☐ Property       ☐ Exercise of religion     ☐ Retaliation
☐ Excessive force by an officer   ☐ Threat to safety   ☐ Other: _____

3.   **Supporting Facts.** State as briefly as possible the FACTS supporting Claim III.  Describe exactly what **each Defendant** did or did not do that violated your rights.  State the facts clearly in your own words without citing legal authority or arguments.

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

4.   **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

_____
_____
_____

5.   **Administrative Remedies.**
a.   Are there any administrative remedies (grievance procedures or administrative appeals) available at your
institution?                                                    ☐ Yes   ☐ No
b.   Did you submit a request for administrative relief on Claim III?              ☐ Yes   ☐ No
c.   Did you appeal your request for relief on Claim III to the highest level?        ☐ Yes   ☐ No
d.   If you did not submit or appeal a request for administrative relief at any level, briefly explain why you
did not. _____
_____

If you assert more than three Claims, answer the questions listed above for each additional Claim on a separate page.

## E. REQUEST FOR RELIEF

State the relief you are seeking: $ 15,000 compensatory, $ 30,000 punitive damages.

_____
_____
_____
_____
_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___02/13/2021___
               DATE

SIGNATURE OF PLAINTIFF

_____
(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

_____
_____
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space you may attach more pages, but you are strongly encouraged to limit your complaint to twenty-five pages. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages. Remember, there is no need to attach exhibits to your complaint.