UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KYLE THOMAS FACCHIN,<br><br>        Plaintiff,<br><br>    v.<br><br>SEAN KELLEY,<br><br>        Defendant. | 1:21-cv-00289-JLT (PC)<br><br>**ORDER DENYING PLAINTIFF'S CONSTRUED MOTION FOR SERVICE OF SUMMONS**<br><br>(Doc. 9) |

Plaintiff has filed a document captioned as a "summons," which the Court construes as a motion for service of summons on Defendant. (Doc. 9.) Plaintiff's civil rights complaint will be screened by the Court in due course. At present, service of process on Defendant is premature. Accordingly, the Court **DENIES** Plaintiff's motion for service of summons.

IT IS SO ORDERED.

    Dated:   **October 8, 2021**              **/s/ Jennifer L. Thurston**
                                                                                      CHIEF UNITED STATES MAGISTRATE JUDGE